# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

MADELENE SMITH, as the
surviving spouse and wrongful
death beneficiary of Hugh Max
Smith, Jr., deceased,

     Plaintiff,

     v.

WAYNE COUNTY, GEORGIA, et al.,

     Defendants.

CV 2:23-027

## ORDER

Plaintiff Madelene Smith initiated this action in Wayne County Superior Court on January 12, 2023. See Dkt. No. 1-1 at 1. On February 20, 2023, Defendants removed the case to this Court, dkt. no. 1, and on February 23 and 27, Defendants filed motions for a more definite statement, dkt. nos. 5, 6. On March 9, 2023, Plaintiff filed an amended complaint. Dkt. No. 9. For the reasons below, Defendants' motions for a more definite statement are **DENIED as moot.**

## LEGAL STANDARD

A party may amend its pleading once as a matter of course "within 21 days after serving it" or, "if a responsive pleading is required, within 21 days after service of a responsive pleading or motion under Rule 12(b), (e), or (f) [of the Federal Rules of Civil

Procedure], whichever is earlier." Fed. R. Civ. P. 15(a)(1). An amended pleading "supersedes the former pleading" such that "the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary." Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d 1210, 1215 (11th Cir. 2006) (internal quotation marks and citation omitted); see also Fritz v. Standard Sec. Life Ins. Co., 676 F.2d 1356, 1358 (11th Cir. 1982) (citations omitted) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

## DISCUSSION

Plaintiff timely filed her amended complaint as a matter of course pursuant to Rule 15(a)(1). See Dkt. No. 9. Further, Plaintiff's amended complaint supersedes her original complaint. Defendants' motions for a more definite statement, dkt. nos. 5, 6, have thus been rendered moot by Plaintiff's filing of her amended complaint. Should Defendants wish to renew their motions for a more definite statement, they are granted leave to do so within the time prescribed by the Federal Rules of Civil Procedure.

## CONCLUSION

Defendants' motions for a more definite statement, dkt. nos. 5, 6, are **DENIED as moot.**

**SO ORDERED**, this 13 day of March, 2023.

_____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA