# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Brunswick Division

| | | |
|---|---|---|
| MADELENE SMITH, as the surviving spouse and wrongful death beneficiary of Hugh Max Smith, Jr., deceased, | ) ) ) ) ) | |
| Plaintiff/Appellee, | ) ) | 2:23cv027 |
| v. | ) ) | |
| WAYNE COUNTY, GEORGIA, and WAYNE COUNTY AMBULANCE SERVICE, | ) ) ) ) | |
| Defendants. | ) ) | |
| ED JEFFORDS, Wayne County Administrator, in his official and individual capacities; EMS DIRECTOR RICHARD JOHNSON, in his official and individual capacities; E-911 COORDINATOR DONNIE RAY, in his official and individual capacities; DESIREE ROBERSON, E-911 Dispatcher, in her official and individual capacities, and SPELL PHILLIPS, E-911 Dispatcher, in her official and individual capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants/Appellants. | ) | |

## **ORDER**

The appeal in the above-styled action having been dismissed by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

This __21__ day of November, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA